JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MARIO ANTONIO POZO-DRANGUET,

Petitioner,

v.

J. JOHNSON, et al.,

Respondents.

CASE NO. 5:26-cv-04966-RGK-SK

**JUDGMENT (RELEASE)**

In accordance with the Court's Order Granting Unopposed Habeas Petition, IT IS ADJUDGED that the petition for a writ of habeas corpus under 28 U.S.C. § 2241 is granted in Petitioner's favor. MARIO ANTONIO POZO-DRANGUET (A# 244-36-616) is ordered released from ICE custody forthwith under an administrative order of supervision in compliance with 8 U.S.C. § 1231(a)(3) and the agency's regulations implementing that statute.

DATED: 9/10/2026

R. GARY KLAUSNER
United States District Judge